

1  Nicholas J Bontrager, Esq (SBN 252114)
   Krohn & Moss, Ltd.
2  5055 Wilshire Blvd, Suite 300
   Los Angeles, CA 90036
3  T: (323) 988-2400; F: (866) 802-0021
   nbontrager@consumerlawcenter com
4  Attorneys for Plaintiff

5       **UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
                      **SOUTHERN DIVISION**
6

7  STEVI CLEMENTS,                          )
                                            )
8           Plaintiff,                       )
                                            )
9       vs.                                  )      **Case No.:   SACV08-01073 JVS (ANx)**
                                            )
10 G C SERVICES LIMITED PARTNERSHIP,       )      **VERIFIED COMPLAINT AND DEMAND**
   d/b/a GC SERVICES, GC SERVICES          )      **FOR JURY TRIAL**
11 LIMITED PARTNERSHIP COLLECTION          )
   AGENCY, AND GC SERVICES-                 )      **(Unlawful Debt Collection Practices)**
12 OPERATIONS DIVISION,                     )
                                            )
13          Defendant.                       )
                                            )
14                                           )

15                      **VERIFIED COMPLAINT**

16      STEVI CLEMENTS (Plaintiff), by her attorneys, KROHN & MOSS, LTD., alleges the

17 following against G C SERVICES LIMITED PARTNERSHIP, d/b/a GC SERVICES, GC

18 SERVICES LIMITED PARTNERSHIP COLLECTION AGENCY, AND GC SERVICES-

19 OPERATIONS DIVISION (Defendant):

20                        **INTRODUCTION**

21 1.  Count I of Plaintiff's Verified Complaint is based on the Fair Debt Collection Practices

22     Act, *15 U.S.C. 1692 et seq* (FDCPA). According to the FDCPA, the United States

23     Congress has found abundant evidence of the use of abusive, deceptive, and unfair debt

24     collection practices by many debt collectors, and has determined that abusive debt

25     collection practices contribute to the number of personal bankruptcies, to marital

                              - 1 -

                        VERIFIED COMPLAINT

instability, to the loss of jobs, and to invasions of individual privacy. Congress wrote the FDCPA to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses. *15 U.S.C. 1692(a) – (e)*.

2. Plaintiff brings this action to challenge Defendant's actions with regard to attempts by Defendant, a debt collector, to unlawfully and abusively collect a debt allegedly owed by Plaintiff, and this conduct caused Plaintiff's damages.

3. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

4. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy" and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

5. Because Defendant maintains a business office and conducts business in the state of California, personal jurisdiction is established.

6. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

7. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

8. Plaintiff is a natural person, who resides in Tampa, Hillsborough County, Florida and are allegedly obligated to pay a debt and is a "consumer" as that term is defined by *15 U.S.C. 1692a(3)*.

9. Defendant is a debt collector and sought to collect a consumer debt from Plaintiff which

- 2 -

VERIFIED COMPLAINT

was due and owing or alleged to be due and owing from Plaintiff and is a "debtor" as that term is defined by *Cal. Civ. Code § 1788.2(h)*.

10. Defendant is a national company with a business office in Laguna Hills, Orange County, California.

11. Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by *15 U.S.C. § 1692a(6)*.

12. Defendant is not a firm of attorneys or counselors at law and is a company who, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection as that term is defined by *Cal. Civ. Code §1788.2(b)*, and is a "debt collector" as that term is defined by *Cal. Civ. Code §1788.2(c)*.

**FACTUAL ALLEGATIONS**

13. Defendant placed collection calls to Plaintiff's mother, Wendy Clements, at Wendy's home seeking and demanding payment for an alleged debt.

14. Defendant placed a collection call to Plaintiff's mother at an inconvenient time, after 9:00 p.m. (see Exhibit A).

15. Defendant placed collection calls to a third party, Plaintiff's mother.

**COUNT I**
**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

16. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692b(b)* of the FDCPA by communicating with Plaintiff's mother that Plaintiff allegedly owes a consumer debt (see Exhibit A).

    b. Defendant violated *§1692c(a)(1)* of the FDCPA when Defendant communicated with Plaintiff's mother at an unusual time, after 9:00 p.m. (see Exhibit A).

    c. Defendant violated *§1692c(b)* of the FDCPA when Defendant communicated, in

- 3 -

VERIFIED COMPLAINT

connection with the collection of Plaintiff's alleged debt, with Plaintiff's mother (see Exhibit A)

    d.   Defendant violated *§1692g(a)(1-5)* by failing to provide appropriate notice of the debt within 5 days after the initial communication including: (1) the amount of the debt; (2) the name of the creditor to whom the debt is owed; (3) a statement that unless the consumer, within 30 days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector; (4) a statement that if the consumer notifies the debt collector in writing within the 30-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector; and (5) a statement that, upon the consumer's written request within the 30-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor

17. As a direct and proximate result of one or more or all of the statutory violations above Plaintiff has suffered emotional distress (see Exhibit B).

WHEREFORE, Plaintiff, STEVI CLEMENTS, respectfully requests judgment be entered against Defendant, G C SERVICES LIMITED PARTNERSHIP, d/b/a GC SERVICES, GC SERVICES LIMITED PARTNERSHIP COLLECTION AGENCY, AND GC SERVICES-OPERATIONS DIVISION, for the following:

18. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

19. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

20. Actual damages,

VERIFIED COMPLAINT

21 Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 USC 1692k*

22 Any other relief that this Honorable Court deems appropriate.

### **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, STEVI CLEMENIS, demands a jury trial in this cause of action

RESPECTFULLY SUBMITTED,

DATED: September 17, 2008          KROHN & MOSS, LTD

By: _____

Nicholas J Bontrager
Attorney for Plaintiff

- 5 -

VERIFIED COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

Plaintiff, STEVI CLEMENTS, states as follows:

1.      I am the Plaintiff in this civil proceeding
2.      I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry
3.      I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4.      I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5.      I have filed this Complaint in good faith and solely for the purposes set forth in it
6.      Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original
7.      Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations

     Pursuant to 28 U S C. § 1746(2), I, STEVI CLEMENTS, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct

DATE: _____9/18/08_____      _Wendy M. Clements_
                                WENDY CLEMENTS, POWER OF ATTORNEY
                                ON BEHALF OF PLAINTIFF, STEVI CLEMENTS
                                _for Stevi Clements_

VERIFIED COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## **EXHIBIT A**

VERIFIED COMPLAINT

Wendy's CD Collection

3 September 2008

Consumer Law Center
5055 Wilshire Blvd #300
Los Angeles, CA 90064

Attention: Julie

Julie,

This is what happened.

On 8-17-2008 at approximately 903pm I received a block number phone call to my home
602-547-0855. A male who did not identify himself asked for my daughter, Stevi Clements.
I asked what he was calling about. He stated he was with GC Services collecting on a Capital
One credit card that was past due. At this point I became angry. First, because of the time he
was calling. I asked him if he knew what the FDCPA was and I got no response. I asked if
he knew he violated the law. No response. I asked for his supervisor name and asked to be
connected. Claimed he did not know his supervisor name and refused to transfer the call.
Asked once again where he was calling from ---was told GC Services. I asked where they
were located was advised Canada. Told him to never call my home again and termd call.

On 8-17-2008 at approximately 807pm received another call from GC Services--cid 866-565-2978
told person daughter not live there. Asked for no further calls and termd call

On 8-20-2008 at approximately 744pm received another call--cid 866-568-8468. Asked if with
GC Services again. Was told yes. Asked to speak with supervisor. Talked to gentleman identifying
self as Martin. He verified with GC Services. Told him of previous calls. Claims could not
have called my home after 9pm. I told him it happened. Also, told him had asked for no
further calls twice now and stated same to him also. Asked if located in Canada---was told yes.
Asked for mailing address. Was given GC Services, PO Box 36347,Houston, TX 77236. Advised
supervisor would be contacting attorney regarding their disregard of my and my daughters rights
and their FDCPA violations. Said once again, please do not contact my home as daughter is
adult and not lived there 3 years.

On 8-21-2008 at approximately 738pm received another call--cid866-565-2510 --From GC
Services. Told gentlemen that was calling-- previous conversations and wanted no further calls.

Have receive no further calls since 8-21-2008

After first call contacted my daughter, Stevi Clements, to find out that yes she was having
financial problems and did owe Capital One credit cards. She was very upset about my
finding this out and she not being the one to tell me. She advised her credit card
#5178-0526-1512-7251.

I apreciate any help you can give me regarding this matter.


Wendy M Clements

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## **EXHIBIT B**

VERIFIED COMPLAINT

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

| | | |
|---|---|---|
| 1. Sleeplessness | YES | NO |
| 2. Fear of answering the telephone | YES | NO |
| 3. Nervousness | YES | NO |
| 4 Fear of answering the door | YES | NO |
| 5 Embarrassment when speaking with family or friends | YES | NO |
| 6 Depressions (sad, anxious, or "empty" moods) | YES | NO |
| 7 Chest pains | YES | NO |
| 8. Feelings of hopelessness, pessimism | YES | NO |
| 9 Feelings of guilt, worthlessness, helplessness | YES | NO |
| 10 Appetite and/or weight loss or overeating and weight gain | YES | NO |
| 11 Thoughts of death, suicide or suicide attempts | YES | NO |
| 12 Restlessness or irritability | YES | NO |
| 13 Headache, nausea, chronic pain or fatigue | YES | NO |
| 14 Negative impact on my job | YES | NO |
| 15 Negative impact on my relationships | YES | NO |

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: _____

_____

_____

_____

_____

_____

Pursuant to 28 U.S C  § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct

Dated: _9/18/08_

_Wendy M Vales for Stevi Clements_
Signed Name

_WENDY M. CLEMENTS for Stevi Clements_
Printed Name

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge James V. Selna and the assigned discovery Magistrate Judge is Arthur Nakazato.

The case number on all documents filed with the Court should read as follows:

## SACV08- 1073 JVS (ANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division** | [X] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Stevi Clements | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | **SACV08-01073 JVS (ANx)** |
| v. | |
| G C Services Limited Partnership, d/b/a GC Services, GC Services Limited Partnership Collection Agency, and GC Services Operations Division | |
| DEFENDANT(S). | **SUMMONS** |

TO:     DEFENDANT(S): _____

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Nicholas J. Bontrager_____, whose address is _Krohn & Moss, Ltd., 5055 Wilshire Blvd., Suite 300; Los Angeles, CA 90036_____ If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

SEP 2 6 2008

Dated: _____

By: _**ROLLS ROYCE PASCHAL**_

Deputy Clerk

*(Seal of the Court)*

1147

*[Use 60 days if the defendant is the United States or a United States agency or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stevi Clements <br><br> PLAINTIFF(S) <br><br> v <br><br> G C Services Limited Partnership, d/b/a GC Services, GC Services Limited Partnership Collection Agency, and GC Services Operations Division <br><br> DEFENDANT(S) | CASE NUMBER <br><br> **SACV08-01073 JVS (ANx)** <br><br><br> **SUMMONS** |

TO:     DEFENDANT(S): _____

A lawsuit has been filed against you

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Nicholas J. Bontrager_____, whose address is _Krohn & Moss, Ltd., 5055 Wilshire Blvd., Suite 300; Los Angeles, CA 90036_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court

Clerk, U.S District Court

Dated: ___**SEP 2 6** 2008___

By: _____
                    Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States  Allowed 60 days by Rule 12(a)(3)]*



UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐)<br>Stevi Clements | DEFENDANTS<br>G C Services Limited Partnership, d/b/a GC Services, GC Services Limited Partnership Collection Agency and GC Services Operations Division |
|---|---|

| (b) Attorneys (Firm Name Address and Telephone Number If you are representing yourself, provide same )<br><br>Krohn & Moss, Ltd ; Nicholas J Bontrager Esq<br>5055 Wilshire Blvd   Suite 300; Los Angeles CA 90036<br>(323) 988-2400 | Attorneys (If Known) |
|---|---|

**II BASIS OF JURISDICTION** (Place an X in one box only )

☐ 1 U S  Government Plaintiff   ☑ 3  Federal Question (U S Government Not a Party)

☐ 2 U S  Government Defendant   ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant )

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV ORIGIN** (Place an X in one box only )

☑ 1  Original Proceeding   ☐ 2  Removed from State Court   ☐ 3  Remanded from Appellate Court   ☐ 4  Reinstated or Reopened   ☐ 5  Transferred from another district (specify)   ☐ 6  Multi-District Litigation   ☐ 7  Appeal to District Judge from Magistrate Judge

**V  REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint )

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No          ☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI CAUSE OF ACTION** (Cite the U S  Civil Statute under which you are filing and write a brief statement of cause  Do not cite jurisdictional statutes unless diversity )
15 USC 1692 et seq.; Unlawful and Abusive Debt Collection Practices

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS<br>PERSONAL INJURY | TORTS<br>PERSONAL PROPERTY | PRISONER<br>PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400  State Reapportionment | ☐ 110  Insurance | ☐ 310  Airplane | ☐ 370  Other Fraud | ☐ 510  Motions to Vacate Sentence Habeas Corpus | ☐ 710  Fair Labor Standards Act |
| ☐ 410  Antitrust | ☐ 120  Marine | ☐ 315  Airplane Product Liability | ☐ 371  Truth in Lending | | ☐ 720  Labor/Mgmt Relations |
| ☐ 430  Banks and Banking | ☐ 130  Miller Act | ☐ 320  Assault  Libel & Slander | ☐ 380  Other Personal Property Damage | ☐ 530  General | ☐ 730  Labor/Mgmt Reporting & |
| ☐ 450  Commerce/ICC Rates/etc | ☐ 140  Negotiable Instrument | | ☐ 385  Property Damage Product Liability | ☐ 535  Death Penalty | Disclosure Act |
| ☐ 460  Deportation | ☐ 150  Recovery of Overpayment & | ☐ 330  Fed Employers Liability | | ☐ 540  Mandamus/ Other | ☐ 740  Railway  Labor Act |
| ☐ 470  Racketeer Influenced and Corrupt | Enforcement of Judgment | ☐ 340  Marine | BANKRUPTCY | ☐ 550  Civil Rights | ☐ 790  Other Labor Litigation |
| Organizations | ☐ 151  Medicare Act | ☐ 345  Marine Product Liability | ☐ 422  Appeal 28 USC 158 | ☐ 555  Prison Condition | ☐ 791  Empl Ret  Inc Security Act |
| ☐ 480  Consumer Credit | ☐ 152  Recovery of Defaulted Student Loan (Excl | ☐ 350  Motor Vehicle | ☐ 423  Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490  Cable/Sat TV | Veterans) | ☐ 355  Motor Vehicle Product Liability | | ☐ 610  Agriculture | ☐ 820  Copyrights |
| ☐ 810  Selective Service | ☐ 153  Recovery of Overpayment of | ☐ 360  Other Personal Injury | CIVIL RIGHTS | ☐ 620  Other Food & Drug | ☐ 830  Patent |
| ☐ 850  Securities/Commodities/ Exchange | Veteran's Benefits | ☐ 362  Personal Injury - Med Malpractice | ☐ 441  Voting | ☐ 625  Drug Related Seizure of | ☐ 840  Trademark |
| ☐ 875  Customer Challenge 12 USC 3410 | ☐ 160  Stockholders' Suits | ☐ 365  Personal Injury - Product Liability | ☐ 442  Employment | Property 21 USC 881 | SOCIAL SECURITY |
| ☐ 890  Other Statutory Actions | ☐ 190  Other Contract | ☐ 368  Asbestos Personal Injury Product | ☐ 443  Housing/Acco- mmodations | ☐ 630  Liquor Laws | ☐ 861  HIA (1395ff) |
| ☐ 891  Agricultural Act | ☐ 195  Contract Product Liability | Liability | ☐ 444  Welfare | ☐ 640  R R  & Truck | ☐ 862  Black Lung (923) |
| ☐ 892  Economic Stabilization Act | ☐ 196  Franchise | | ☐ 445  American with Disabilities - | ☐ 650  Airline Regs | ☐ 863  DIWC/DIWW (405(g)) |
| ☐ 893  Environmental Matters | REAL PROPERTY | IMMIGRATION | Employment | ☐ 660  Occupational Safety /Health | ☐ 864  SSID Title XVI |
| ☐ 894  Energy Allocation Act | ☐ 210  Land Condemnation | ☐ 462  Naturalization Application | ☐ 446  American with Disabilities - | ☐ 690  Other | ☐ 865  RSI (405(g)) |
| ☐ 895  Freedom of Info  Act | ☐ 220  Foreclosure | ☐ 463  Habeas Corpus- Alien Detainee | Other | | FEDERAL TAX SUITS |
| ☐ 900  Appeal of Fee Determi- nation Under Equal | ☐ 230  Rent Lease & Ejectment | ☐ 465  Other Immigration Actions | ☐ 440  Other Civil Rights | | ☐ 870  Taxes (U S  Plaintiff or Defendant) |
| Access to Justice | ☐ 240  Torts to Land | | | | ☐ 871  IRS-Third Party 26 USC 7609 |
| ☐ 950  Constitutionality of State Statutes | ☐ 245  Tort Product Liability | | | | |
| | ☐ 290  All Other Real Property | | | | |

FOR OFFICE USE ONLY:   Case Number: **SACV08-01073 JVS (ANx)**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

VIII(a).  IDENTICAL CASES: Has this action been previously filed in this court and dismissed remanded or closed?  ☑No   ☐ Yes
If yes  list case number(s) _____

VIII(b)  RELATED CASES: Have any cases been previously filed in this court that are related to the present case?  ☑No   ☐ Yes
If yes  list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A   Arise from the same or closely related transactions happenings  or events; or
                               ☐ B   Call for determination of the same or substantially related or similar questions of law and fact  or
                               ☐ C   For other reasons would entail substantial duplication of labor if heard by different judges  or
                               ☐ D   Involve the same patent  trademark or copyright  and one of the factors identified above in  a  b or c also is present

IX  VENUE:  (When completing the following information  use an additional sheet if necessary )

(a)  List the County in this District: California County outside of this District; State if other than California: or Foreign Country  in which EACH named plaintiff resides
☐   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Hillsborough (FL) |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country  in which EACH named defendant resides
☐   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

(c)  List the County in this District; California County outside of this District; State if other than California  or Foreign Country  in which EACH claim arose
   Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X  SIGNATURE OF ATTORNEY (OR PRO PER) _____   Date  September 24, 2008

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings
or other papers as required by law  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed
but is used by the Clerk of the Court for the purpose of statistics  venue and initiating the civil docket sheet  (For more detailed instructions  see separate instructions sheet )

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A  of the Social Security Act  as amended  Also, include claims by hospitals  skilled nursing facilities  etc  for certification as providers of services under the program  (42 U S C  1935FF(b)) |
| 862 | BL | All claims for  Black Lung  benefits under Title 4  Part B  of the Federal Coal Mine Health and Safety Act of 1969  (30 U S C  923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act  as amended; plus all claims filed for child's disability insurance benefits based on disability  (42 U S C  405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act  as amended   (42 U S C  405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act  as amended |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act  as amended  (42 U S C  (g)) |