1  Nicholas S. Bontrager (SBN 252114)
   akrohn@consumerlawcenter.com
2  Michael S. Agruss (SBN: 259567)
   magruss@consumerlawcenter.com
3  Ryan Lee, Esq.
   rlee@consumerlawcneter.com
4  KROHN & MOSS, LTD.
   10474 Santa Monica Blvd., Suite 401
5  Los Angeles, CA 90025
   Tel: 323-988-2400 x235
6  Fax: 866-583-3695
   magruss@consumerlawcenter.com
7
   Attorneys for Plaintiff
8  STEVI CLEMENTS

9  Linda L. Streeter (SBN 105950)
   lstreeter@hinshawlaw.com
10 Gary E. Devlin (SBN 210517)
   gdevlin@hinshawlaw.com
11 Amy K. Jensen (SBN 226589)
   ajensen@hinshawlaw.com
12 HINSHAW & CULBERTSON LLP
   11601 Wilshire Boulevard
13 Suite 800
   Los Angeles, CA 90025
14 Telephone: 310-909-8000
   Facsimile: 310-909-8001
15
   Attorneys for Defendant
16 GC SERVICES LIMITED PARTNERSHIP

17

18              **UNITED STATES DISTRICT COURT**

19              **CENTRAL DISTRICT OF CALIFORNIA**

20                    **SOUTHERN DIVISION**

21 | STEVI CLEMENTS,                          | ) Case No. SACV 08-1073-JVS (ANx)
   |                                          | ) [Hon. James V. Selna; Courtroom "10C"]
22 |            Plaintiff,                    | )
   |                                          | ) **STIPULATION AND [PROPOSED]**
23 |     vs.                                  | ) **ORDER RE DISMISSAL**
   |                                          | )
24 | GC SERVICES LIMITED                      | )
   | PARTNERSHIP, d/b/a GC SERVICES           | )
25 | LIMITED PARTNERSHIP                      | )
   | COLLECTION AGENCY, AND GC                | )
26 | SERVICES–OPERATIONS DIVISION,            | )
   |                                          | )
27 |            Defendant.                    | )

28

## STIPULATION

It Is Hereby Stipulated, by and between the parties hereto, through their respective counsel that the within proceeding be dismissed with prejudice, and each party to bear his, her or its own fees and costs.

Dated: October 5, 2009			KROHN & MOSS, LTD.


					By:	/s/ Michael S. Agruss
						Michael S. Agruss, Esq.
						Ryan Lee, Esq.
						Attorneys for Plaintiff
						STEVI CLEMENTS


Dated: October 5, 2009			HINSHAW & CULBERTSON LLP


					By:	/s/ Linda L. Streeter
						LINDA L. STREETER
						Attorneys for Defendant
						GC SERVICES LIMITED
						PARTNERSHIP

# CERTIFICATE OF SERVICE

UNITED STATES DISTRICT COURT )
)ss
CENTRAL DISTRICT OF CALIFORNIA )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within actions. My business address is 11601 Wilshire Boulevard, Suite 800, Los Angeles, California 90025.

On October 5, 2009, by and through my assistant, I caused the following document(s) described as **STIPULATION AND [PROPOSED] ORDER RE DISMISSAL** to be served on the following attorney(s) of record and/or interested parties in this action:

| | |
|---|---|
| Nicholas J. Bontrager, Esq.<br>Michael S. Agruss, Esq.<br>Ryan Lee, Esq.<br>KROHN & MOSS, LTD.<br>10474 Santa Monica Boulevard, Suite 401<br>Los Angeles, CA 90025<br>Phone: (323) 988-2400, Ext. 235<br>Fax: (866) 802-0021<br>E-mail: nbontrager@consumerlawcenter.com<br>E-mail: magruss@consumerlawcenter.com<br>E-mail: rlee@consumerlawcneter.com | **ATTORNEYS FOR PLAINTIFF STEVI CLEMENTS** |

[**X**]   **BY ELECTRONIC SERVICE:** I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

[**X**]   **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court at whose direction this service was made. I declare under penalty of perjury under the laws of the Untied States of America that the foregoing is true and correct.

Executed on October 5, 2009 at Los Angeles, California.

/s/  Amy K. Jensen, Esq.

3
**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL**