Nicholas S. Bontrager (SBN 252114)
akrohn@consumerlawcenter.com
Michael S. Agruss (SBN: 259567)
magruss@consumerlawcenter.com
Ryan Lee, Esq.
rlee@consumerlawcneter.com
KROHN & MOSS, LTD.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-583-3695
magruss@consumerlawcenter.com

Attorneys for Plaintiff
STEVI CLEMENTS

JS-6

Linda L. Streeter (SBN 105950)
lstreeter@hinshawlaw.com
Gary E. Devlin (SBN 210517)
gdevlin@hinshawlaw.com
Amy K. Jensen (SBN 226589)
ajensen@hinshawlaw.com
HINSHAW & CULBERTSON LLP
11601 Wilshire Boulevard
Suite 800
Los Angeles, CA 90025
Telephone:   310-909-8000
Facsimile:   310-909-8001

Attorneys for Defendant
GC SERVICES LIMITED PARTNERSHIP

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| STEVI CLEMENTS,<br><br>       Plaintiff,<br><br>    vs.<br><br>GC SERVICES LIMITED PARTNERSHIP, d/b/a GC SERVICES LIMITED PARTNERSHIP COLLECTION AGENCY, AND GC SERVICES–OPERATIONS DIVISION,<br><br>       Defendant. | Case No.  SACV 08-1073-JVS (ANx)<br>[Hon. James V. Selna; Courtroom "10C"]<br><br>**ORDER RE DISMISSAL** |

**[PROPOSED] ORDER RE DISMISSAL**     **SACV 08-1073-JVS (ANx)**
31148686v1  893205  46121

1    GOOD CAUSE APPEARING THEREFORE,

2 IT IS HEREBY ORDERED THAT this proceeding be dismissed with prejudice based

3 on the Stipulation of the parties through their respective counsel, each party to bear

4 his, her or its own fees and costs.

5

6 Dated: October 06, 2009                    By: _____
                                                  Hon. James V. Selna

# CERTIFICATE OF SERVICE

UNITED STATES DISTRICT COURT          )
                                       )ss
CENTRAL DISTRICT OF CALIFORNIA         )

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within actions.  My business address is 11601 Wilshire Boulevard, Suite 800, Los Angeles, California 90025.

On October 6, 2009, by and through my assistant, I caused the following document(s) described as **[PROPOSED] ORDER RE DISMISSAL** to be served on the following attorney(s) of record and/or interested parties in this action:

| | |
|---|---|
| Nicholas J. Bontrager, Esq.<br>Michael S. Agruss, Esq.<br>Ryan Lee, Esq.<br>KROHN & MOSS, LTD.<br>10474 Santa Monica Boulevard, Suite 401<br>Los Angeles, CA 90025<br>Phone:   (323) 988-2400, Ext. 235<br>Fax:       (866) 802-0021<br>E-mail:  nbontrager@consumerlawcenter.com<br>E-mail:  magruss@consumerlawcenter.com<br>E-mail:  rlee@consumerlawcneter.com | **ATTORNEYS FOR PLAINTIFF STEVI CLEMENTS** |

[**X**]   **BY ELECTRONIC SERVICE:**  I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

[**X**]   **FEDERAL:**  I declare that I am employed in the office of a member of the Bar of this Court at whose direction this service was made.  I declare under penalty of perjury under the laws of the Untied States of America that the foregoing is true and correct.

Executed on October 6, 2009 at Los Angeles, California.

                                        /s/  Amy K. Jensen, Esq.